COMMONWEALTH of Pennsylvania, Respondent

v.

Gary MCCOY, Petitioner

No. 79 EAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Isaiah ANDERSON, Petitioner

No. 19 EAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Lamarr WANAMAKER, Petitioner

No. 90 EAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**